# Third District Court of Appeal

## State of Florida

Opinion filed November 12, 2015.

_____

No. 3D15-441
Lower Tribunal No. 12-10086
_____

**Kelvin Bradley,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Thomas J. Rebull, Judge.

Carlos J. Martinez, Public Defender, and Jeffrey Paul DeSousa, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Jill D. Kramer, Assistant Attorney General, for appellee.

Before SHEPHERD, EMAS and FERNANDEZ, JJ.

**ON CONFESSION OF ERROR**

PER CURIAM.

Based on the State's proper confession of error, and our own independent review of the record, we reverse the trial court's written order of revocation of community control and remand for the trial court to enter an order which conforms to the court's oral pronouncements at the revocation hearing.  See Lafitte v. State, 16 So. 3d 315, 316 (Fla. 3d DCA 2009).

Reversed and remanded with instructions.